# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Sergio Racanati ;
**County of Residence:** Bergen County

**Defendant(s):**
First Listed Defendant:
American Benefit Solutions, LLC ;
**County of Residence:** Outside This District

**County Where Claim For Relief Arose:** Bergen County

**Plaintiff's Attorney(s):**
Jeremy M Glapion (Sergio Racanati)
Glapion Law Firm
1704 Maxwell Drive
Manasquan, New Jersey 08736
**Phone:** 7324559737
**Fax:** 7327095150
**Email:** jmg@glapionlaw.com

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 890 Other Statutory Actions
**Cause of Action:** 47 U.S.C. 227; Unwanted telephone solicitations without consent; lack of a do not call policy/training
**Requested in Complaint**
    **Class Action:** Class Action Under FRCP23
    **Monetary Demand (in Thousands):** 5000
    **Jury Demand:** Yes
    **Related Cases:** Is NOT a refiling of a previously dismissed action

**Signature:** s/ Jeremy M. Glapion

**Date:** 7/26/18

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.