ERIK J. BERGLUND
NJ Bar No. 104242014
Email: erik.berglund@gmlaw.com
**GREENSPOON MARDER LLP**
590 Madison Avenue, Suite 1800
New York, NY 10022
(212) 524-5000
*Local Attorneys for Defendant*
*American Benefit Solutions, LLC*

BETH-ANN E. KRIMSKY
Fla. Bar No. 968412
*Pro Hac Vice* Admission Anticipated
Email: beth-ann.krimsky@gmlaw.com
Email: clemencia.corzo@gmlaw.com
JAMEY R. CAMPELLONE
Fla. Bar No. 119861
*Pro Hac Vice* Admission Anticipated
Email: jamey.campellone@gmlaw.com
**GREENSPOON MARDER LLP**
200 East Broward Blvd., Suite 1800
Fort Lauderdale, Florida 33301
Tel: (954) 527-6296
Fax: (954) 333-4027
*Attorneys for Defendant*
*American Benefit Solutions, LLC*

| | |
|---|---|
| SERGIO RACANATI,<br>        Plaintiff,<br><br>v.<br><br>AMERICAN BENEFIT SOLUTIONS, LLC,<br>        Defendant. | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br><br>CASE NO.:  2:18-cv-12086-KM-MAH<br><br>Motion Day: <u>Monday, November 19, 2018</u> |

### DEFENDANT AMERICAN BENEFIT SOLUTIONS, LLC'S NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT [D.E. 1] PURSUANT TO <u>FED. R. CIV. P. 12(B)(2) AND FED. R. CIV. P. 12(B)(6)</u>

**PLEASE TAKE NOTICE** that Defendant, American Benefit Solutions, LLC ("American Benefit"), by and through the undersigned attorneys and pursuant to Rules 12(b)(2)

36520837v1

and 12(b)(6) of the Federal Rules of Civil Procedure, will move on <u>Monday, November 19, 2018,</u> in Courtroom PO 04, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, before the Honorable Kevin McNulty, United States District Judge, for an Order dismissing Plaintiff Sergio Racanati's ("Plaintiff") Complaint [D.E.1] for lack of personal jurisdiction and failure to state a claim upon which relief can be granted.

In support thereof, American Benefit relies on the attached Memorandum of Law in Support of its Motion to Dismiss. Accordingly, American Benefit respectfully requests this Court dismiss Plaintiff's Complaint with prejudice. A proposed Order is also attached for this Court's convenience.

Dated: October **8**, 2018.   Respectfully submitted,

By: _/s/ Erik Berglund_
ERIK J. BERGLUND, ESQ.
*Local Attorneys for Defendant*
*American Benefit Solutions, LLC*

BETH-ANN E. KRIMSKY, ESQ.
JAMEY R. CAMPELLONE, ESQ.
**GREENSPOON MARDER LLP**
*Attorneys for Defendant*
*American Benefit Solutions, LLC*