# GreenspoonMarder LLP

Erik Berglund
IBM Building
590 Madison Avenue, Suite 1800
New York, NY 10022
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5006
Email: erik.berglund@gmlaw.com

November 21, 2018

**VIA CMECF**
The Honorable Kevin McNulty
United States District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re: Sergio Racanati v. American Benefit Solutions, LLC
     <u>Case No.: 2:18-cv-12086-KM-MAH</u>

Dear Judge McNulty:

  In accordance with Local Rule 101.1(c)(1), annexed please find a list of jurisdictions in which Beth Ann-Krimsky, Esq. and Jamey R. Campellone, Esq., are admitted to practice in further support of their motions for admission pro hac vice.

              Respectfully,

              GREENSPOON MARDER LLP

              Erik Berglund

EB/ara
Enclosure