# Greenspoon Marder LLP

Erik Berglund
IBM Building
590 Madison Avenue, Suite 1800
New York, NY 10022
Phone: 212.524.5000
Fax: 212.524.5050
Direct Phone: 212.524.5006
Email: erik.berglund@gmlaw.com

February 13, 2019

**VIA CMECF**
The Honorable Kevin McNulty
United States District Court, District of New Jersey
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re: Sergio Racanati v. American Benefit Solutions, LLC
Case No.: 2:18-cv-12086-KM-MAH

Dear Judge McNulty:

In accordance with Local Rule 101.1(c)(1), annexed please find a list of jurisdictions in which Beth Ann-Krimsky, Esq. and Jamey R. Campellone, Esq., are admitted to practice, along with the names and addresses for the offices maintaining the roll of such members of each Court's bar, in further support of their motions for admission pro hac vice.

Respectfully,

GREENSPOON MARDER LLP

Erik Berglund

Enclosure