

1704 Maxwell Drive
Wall, NJ 07719
P: 732.455.9737
F: 732.709.5150

Jeremy M. Glapion
Partner/Founder
jmg@glapionlaw.com

March 8, 2019

**Via ECF**

      **Re:**    **Racanati v. American Benefit Solutions, LLC**
               **Case No. 18-cv-12086**

Dear Judge McNulty:

     As previously mentioned, the parties have agreed to resolve this matter on an individual basis. Pursuant to Your Honor's order on March 4, 2019 [Dkt. 15], the parties consent to entry of a 60-day order.

Sincerely,

Jeremy M. Glapion